UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIAN RYAN, in her official capacity as Middlesex County District Attorney; RACHAEL ROLLINS, in her official capacity as Suffolk County District Attorney; COMMITTEE FOR PUBLIC COUNSEL SERVICES; and the CHELSEA COLLABORATIVE, INC., <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW T. ALBENCE, in his official capacity as Acting Deputy Director of U.S. Immigration and Customs Enforcement and Senior Official Performing the Duties of the Director; TODD M. LYONS, in his official capacity as Immigration and Customs Enforcement, Enforcement and Removal Operations, Acting Field Office Director; U.S. DEPARTMENT OF HOMELAND SECURITY; and KEVIN McALEENAN, in his official capacity as Acting Secretary of United States Department of Homeland Security, <br><br>　　　　　　　Defendants. | Civil Action No. _____ |

**DECLARATION OF DAVID ZIMMER, ESQ. IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, David Zimmer, Esq., hereby declare and state as follows:

　　1.　　I am an attorney with the law firm of Goodwin Procter LLP, counsel to Marian Ryan, the District Attorney for Middlesex County, Rachael Rollins, the District Attorney for Suffolk County, and Chelsea Collaborative, Inc. Marian Ryan, Rachael Rollins, and Chelsea

1

Collaborative, Inc. are plaintiffs in this action, together with the Committee for Public Counsel Services. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from William Blackstone's *Commentaries on the Laws of England*, published in 1768.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from Mathew Bacon's *A New Abridgment of the Law*, Seventh Edition, published in 1832.

4. Attached as Exhibit 3 is a true and correct copy of *The King v. Holy Trinity in Wareham*, 99 Eng. Rep. 530 (1782).

5. Attached as Exhibit 4 is a true and correct copy of *Meekins v. Smith*, 126 Eng. Rep. 363 (1791).

6. Attached as Exhibit 5 is a true and correct copy of *Spence v. Stuart*, 102 Eng. Rep. 530 (1802).

7. Attached as Exhibit 6 is a true and correct copy of *Ex Parte Byne*, 35 Eng. Rep. 123 (1813).

8. Attached as Exhibit 7 is a true and correct copy of *Matter of C. Doe*, No. SJ-2018-119, at 10-11 (Mass. Sept. 18, 2018).

9. Attached as Exhibit 8 is a true and correct copy of Immigration and Customs Enforcement Directive No. 11072.1, "Civil Immigration Enforcement Actions Inside Courthouses" dated January 10, 2018, *available at:* https://www.ice.gov/sites/default/files/documents/Document/2018/ciEnforcementActionsCourthouses.pdf (last accessed April 22, 2019).

10. Attached as Exhibit 9 is a true and correct copy of the memorandum from John Kelly, Secretary of Homeland Security, "Enforcement of the Immigration Laws to Serve the

National Interest," dated February 20, 2017, *available at:* https://www.dhs.gov/sites/default/files/publications/17_0220_S1_Enforcement-of-the-Immigration-Laws-to-Serve-the-National-Interest.pdf (last accessed April 22, 2019).

11. Attached as Exhibit 10 is a true and correct copy of the Declaration of Gladys Vega in Support of Plaintiffs' Motion for Preliminary Injunction.

12. Attached as Exhibit 11 is a true and correct copy of the Declaration of Jennifer Klein in Support of Plaintiffs' Motion for Preliminary Injunction.

13. Attached as Exhibit 12 is a true and correct copy of the Declaration of Anne Foley in Support of Plaintiffs' Motion for Preliminary Injunction.

14. Attached as Exhibit 13 is a true and correct copy of the Declaration of Ivan Espinoza-Madrigal in Support of Plaintiffs' Motion for Preliminary Injunction.

15. Attached as Exhibit 14 is a true and correct copy of the Declaration of Michaela Moshier in Support of Plaintiffs' Motion for Preliminary Injunction.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and the information made available to me.

Dated: April 29, 2019                    */s/ David J. Zimmer*