```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                                              )
MARIAN RYAN, in her official capacity as      )
Middlesex County District Attorney;           )
RACHAEL ROLLINS, in her official capacity as  )
Suffolk County District Attorney;             )
COMMITTEE FOR PUBLIC COUNSEL SERVICES;        )
and the CHELSEA COLLABORATIVE, INC.,          )
                    Plaintiffs,               )
                                              )
v.                                            ) Civil Action
                                              ) No. 19-11003-PBS
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;     )
MATTHEW T. ALBENCE, in his official capacity  )
as Acting Deputy Director of U.S. Immigration )
and Customs Enforcement and Senior Official   )
Performing the Duties of the Director; TODD   )
M. LYONS, in his official capacity as         )
Immigration and Customs Enforcement,          )
Enforcement and Removal Operations, Acting    )
Field Office Director; U.S. DEPARTMENT OF     )
HOMELAND SECURITY; and KEVIN McALEENAN, in    )
his official capacity as Acting Secretary of  )
United States Department of Homeland          )
Security,                                     )
                    Defendants                )
_____)
```

**ORDER**

May 3, 2019

Pursuant to L.R. 40.1(g)(1) and (4), I find that this case is not related to 18-cv-12452-PBS or 18-cv-10475-PBS and therefore was erroneously assigned to me. The case is returned to the Clerk for random reassignment.

/s/ Patti B. Saris
HON. PATTI B. SARIS
CHIEF JUDGE