UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **MARIAN RYAN,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CASE NO. 1:19-CV-11003-IT** |
| | ) | |
| **U.S. IMMIGRATION AND CUSTOMS** | ) | |
| **ENFORCEMENT,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## CONSENT MOTION FOR LEAVE TO FILE OUT OF TIME

The Government respectfully requests that the Court grant it leave to file its opposition to Plaintiffs' motion for preliminary injunction ("opposition") 3 hours and 45 minutes out of time. The Government is aware that, under Local Rule 5.4(d), a document must be electronically filed prior to 6:00 p.m. on its due date. The Government's opposition was due on May 13, 2019 at 6:00 pm, but given the need for four separate agencies to review the document, the Government regrettably filed it on May 13 at 9:43 p.m. The Government has conferred with Plaintiffs' counsel, David Zimmer, who assented to the filing of this motion. Accordingly, the Government respectfully requests that the Court grant this motion for leave to file out of time.

Dated: May 13, 2019

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

EREZ REUVENI
Assistant Director

FRANCESCA GENOVA
JULIAN KURZ
Trial Attorneys

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

*/s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
BBO No. 560350
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
rayford.farquhar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on May 14, 2019.

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney

## LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Assistant U.S. Attorney, herein certify that I spoke with attorney David Zimmer and he assented to the filing of this motion.

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney