UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARIAN RYAN, in her official capacity as Middlesex County District Attorney; RACHAEL ROLLINS, in her official capacity as Suffolk County District Attorney; COMMITTEE FOR PUBLIC COUNSEL SERVICES; and the CHELSEA COLLABORATIVE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW T. ALBENCE, in his official capacity as Acting Deputy Director of U.S. Immigration and Customs Enforcement and Senior Official Performing the Duties of the Director; TODD M. LYONS, in his official capacity as Immigration and Customs Enforcement, Enforcement and Removal Operations, Acting Field Office Director; U.S. DEPARTMENT OF HOMELAND SECURITY; and KEVIN McALEENAN, in his official capacity as Acting Secretary of United States Department of Homeland Security, <br><br> Defendants. | * * * * * * * * * * * * * * * * * * * * * * * * * * * | Civil Action No. 19-11003-IT |

**PRELIMINARY INJUNCTION**

June 20, 2019

TALWANI, D.J.

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction [5], supporting memoranda, filings, and reply brief, Defendants' opposition and related filings, and *amicus curiae* Immigration Reform Law Institute's brief in support of Defendants, and after hearing oral argument from counsel for the parties, the court finds that Plaintiffs have demonstrated a likelihood of success on the merits of Count 1 of their Complaint [1], that they are likely to

suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in Plaintiffs' favor, and that an injunction is in the public interest.

The court therefore ORDERS that Defendants U.S. Immigrations and Customs Enforcement ("ICE"), Matthew T. Albence, in his official capacity as Acting Deputy Director of U.S. Immigration and Customs Enforcement and Senior Official Performing the Duties of the Director, Todd M. Lyons, in his official capacity as Immigration and Customs Enforcement, Enforcement and Removal Operations, Acting Field Office Director; the U.S. Department of Homeland Security, and Kevin McAleenan, in his official capacity as Acting Director of the U.S. Department of Homeland Security, are enjoined from implementing ICE Directive No. 11072.1, "Civil Immigration Actions Inside Courthouses," dated January 10, 2018, in Massachusetts, and from civilly arresting parties, witnesses, and others attending Massachusetts courthouses on official business while they are going to, attending, or leaving the courthouse.

This order does not enjoin the civil arrests of individuals who are brought to the courthouse in state or federal custody, and does not enjoin criminal arrests.

This order shall remain in effect unless and until modified by the court.

IT IS SO ORDERED.

_/s/ Indira Talwani_
United States District Judge

June 20, 2019