UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIAN RYAN, *et al.*,

    Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

    Defendants.

CASE NO. 1:19-CV-11003-IT

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The deadline to respond to the complaint falls on June 28, 2019. Fed. R. Civ. P. 12(a)(2). Defendants respectfully request that the Court extend the deadline by 60 days, to August 27, 2019.

The Court may extend the deadline for "good cause." Fed. R. Civ. P. 6(b)(1)(A). Good cause for a 60-day extension exists because, in the event that Defendants appeal the Court's Order granting a preliminary injunction [52], simultaneous district-court litigation would likely be inefficient. *See* Fed. R. Civ. P. 1 (directing district courts to construe and administer the Rules of Civil Procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding"). A 60-day extension would afford Defendants the allotted time to make an appeal decision. *See* Fed. R. App. P. 4(a)(1)(B). Plaintiffs assent to this motion.

Dated: June 27, 2019

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

EREZ REUVENI
Assistant Director

FRANCESCA GENOVA
Trial Attorney

*/s/ Julian Kurz*
JULIAN KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
(202) 616-4962
julian.m.kurz@usdoj.gov

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

*/s/ Rayford A. Farquhar*
RAYFORD A. FARQUAR
BBO No. 560350
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
rayford.farquhar@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I filed this document through the Court's ECF system. I further certify that this document will be electronically served on Plaintiffs' counsel.

June 27, 2019                            */s/ Julian Kurz*
                                         JULIAN KURZ
                                         Trial Attorney
                                         U.S. Department of Justice

## LOCAL RULE 7.1 CERTFICATION

I certify that on June 24 and 27, 2019, I communicated via email with David Zimmer, counsel for Plaintiffs, who assented to this motion.

June 27, 2019                            */s/ Julian Kurz*
                                         JULIAN KURZ
                                         Trial Attorney
                                         U.S. Department of Justice