UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Marian Ryan, et al.,                                  )
_____     )
                                                               )
                                                               )
                                                               )
                    v.                                     )        C.A. No. __1:19-cv-11003-IT__
                                                               )
U.S. Immigration and Customs             )
Enforcement, et al.,                                 )
_____     )
                                                               )
                                                               )

### **NOTICE OF APPEAL**

                                               ICE, Matthew Albence,
                                               Todd Lyons, DHS, and
       Notice is hereby given that __Kevin McAleenan__, the __Defendants__ in the above-

named matter, hereby appeals to the United States Court of Appeals For the First Circuit from

the __preliminary injunction__ entered in this action on __June 20, 2019__.

                                                              Respectfully submitted,


Date: August 16, 2019                       /s/ Julian Kurz
                                                        _____
                                                        (signature)
                                                        Print name & address:
                                                        Julian Kurz, Trial Attorney
                                                        U.S. Department of Justice
                                                        P.O. Box 868, Washington, DC 20044

### **Certificate of Service**

       I, __Julian Kurz__, certify that I have caused a copy of this Notice of Appeal to be

served by ECF to __counsel for Plaintiffs__ (recipient)), at

__counsel's registered email addresses__ (address) on __August 16, 2019__ (date).

Date: August 16, 2019                       /s/ Julian Kurz
                                                        _____
                                                        (signature)
                                                        Print name: Julian Kurz, Trial Attorney
                                                        U.S. Department of Justice