# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Ryan et al v. U.S. Immigration and Customs Enforcement et al

District Court Number: 19cv11003-IT

---

Fee:   Paid? Yes ____ No ____   Government filer  X    *In Forma Pauperis* Yes ____ No ____

---

Motions Pending    Yes ____ No  X            Sealed documents    Yes ____ No  X
*If yes, document #*  _____          *If yes, document #*  _____

*Ex parte* documents  Yes ____ No  X          Transcripts         Yes  X  No ____
*If yes, document #*  _____          *If yes, document #*  47,49

---

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  X    Other: ____

Appeal from:

#51 Memorandum and Order, #52 Preliminary Injunction

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#51, #52, and #55

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  55  filed on August 16, 2019 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  August 19, 2019 .


**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**