UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIAN RYAN, in her official capacity as )
Middlesex County District Attorney; )
RACHAEL ROLLINS, in her official capacity )
as Suffolk County District Attorney; )
COMMITTEE FOR PUBLIC COUNSEL )
SERVICES; and the CHELSEA )
COLLABORATIVE, INC., )
                                Plaintiffs, )
)
     v. )
)
U.S. IMMIGRATION AND CUSTOMS )    Civil Action No. 1:19-cv-11003-IT
ENFORCEMENT; MATTHEW T. )
ALBENCE, in his official capacity as Acting )    **STIPULATION AND [PROPOSED]**
Deputy Director of U.S. Immigration and )    **ORDER**
Customs Enforcement and Senior Official )
Performing the Duties of the Director; TODD )
M. LYONS, in his official capacity as )
Immigration and Customs Enforcement, )
Enforcement and Removal Operations, Acting )
Field Office Director; U.S. DEPARTMENT )
OF HOMELAND SECURITY; and KEVIN )
McALEENAN, in his official capacity as )
Acting Secretary of United States Department )
of Homeland Security, )
)
                                Defendants. )

WHEREAS, Plaintiffs Marian Ryan, Rachael Rollins, Committee for Public Counsel Services, and the Chelsea Collaborative, Inc. (collectively, "Plaintiffs") filed the complaint in this action on April 29, 2019 (the "Complaint") (*see* Dkt. No. 1);

WHEREAS Defendants U.S. Immigration and Customs Enforcement, Matthew T. Albence, Todd M. Lyons, U.S. Department of Homeland Security, and Kevin McAleenan (collectively, "Defendants") plan to move to dismiss the Complaint;

1

WHEREAS Defendants' motion to dismiss was originally due on June 28, 2019 (*see* Dkt. No. 54);

WHEREAS Defendants sought and obtained, with Plaintiffs' consent, a 60-day extension of time, until August 27, 2019, to move to dismiss the Complaint (*see* Dkt Nos. 53, 54);

WHEREAS Defendants sought and obtained, with Plaintiffs' consent, an additional 60-day extension of time, until October 29, 2019, to move to dismiss the Complaint (*see* Dkt. Nos. 58, 60);

WHEREAS Defendants now seek an additional extension of time to move to dismiss the complaint; Plaintiffs seek an extension of time to oppose Defendants' motion to dismiss; and Defendants seek to file a reply in support of their motion to dismiss;

WHEREAS Defendants take the position that Plaintiffs are not entitled to any discovery and that, even if Plaintiffs are entitled to discovery, such discovery should not begin until after this Court rules on Defendants' motion to dismiss, while Plaintiffs take the position that they are entitled to discovery and that such discovery should begin while this Court considers Defendants' motion to dismiss;

NOW, THEREFORE, Plaintiffs and Defendants, by and through their undersigned counsel, jointly stipulate and agree as follows:

1. Defendants shall file their motion to dismiss the Complaint on or before December 13, 2019.

2. Plaintiffs shall file their opposition to Defendants' motion to dismiss on or before January 31, 2019.

3. Defendants shall file any reply brief in support of their motion to dismiss on or before February 28, 2019.

4. The parties are prepared to attend a Scheduling Conference pursuant to Local Rule 16.1(a) at the earliest date that is practicable for the Court, although request the opportunity to present their respective positions as to the propriety and timing of discovery at this stage of proceedings as part of any such process before any discovery commences.

Dated: October 22, 2019

FOR THE PLAINTIFFS

/s/ David J. Zimmer
David J. Zimmer (BBO# 692715)
  *Special Assistant Attorney General*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
DZimmer@goodwinlaw.com
*Attorney for Marian Ryan and Rachael Rollins*

/s/ Wendy S. Wayne (by permission)
Wendy S. Wayne (BBO# 555665)
Committee for Public Counsel Services
Immigration Impact Unit
21 McGrath Highway, Somerville, MA 02143
(617) 623-0591
wwayne@publiccounsel.net
*Attorney for the Committee for Public Counsel Services*

/s/ Oren N. Nimni (by permission)
Oren N. Nimni (BBO# 691821)
Lawyers for Civil Rights
61 Batterymarch St., 5th Floor
Boston, MA 02110
(617) 482-1145
onimni@lawyersforcivilrights.org
*Attorney for Chelsea Collaborative, Inc.*

Respectfully submitted,

FOR THE DEFENDANTS

/s/ Erez Reuveni (by permission)
EREZ REUVENI
Assistant Director
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
450 5th St. NW,
Washington, D.C. 20530
(202) 307-4293
Ereuveni@usdoj.gov
*Attorney for Defendants*

SO ORDERED, this 23rd day of October, 2019

_____
Hon. Indira Talwani
**United States District Judge**

## CERTIFICATE OF SERVICE

      I, David J. Zimmer, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on October 22, 2019.

                                                                   /s/ David J. Zimmer