UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIAN RYAN, in her official capacity as
Middlesex County District Attorney; RACHAEL
ROLLINS, in her official capacity as Suffolk
County District Attorney; COMMITTEE FOR
PUBLIC COUNSEL SERVICES; and the
CHELSEA COLLABORATIVE, INC.,

    Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; MATTHEW T.
ALBENCE, in his official capacity as Acting
Deputy Director of U.S. Immigration and
Customs Enforcement and Senior Official
Performing the Duties of the Director; TODD
M. LYONS, in his official capacity as
Immigration and Customs Enforcement,
Enforcement and Removal Operations, Acting
Field Office Director; U.S. DEPARTMENT OF
HOMELAND SECURITY; and KEVIN
McALEENAN, in his official capacity as Acting
Secretary of United States Department of
Homeland Security,

    Defendants.

Civil Action No. 1:19-cv-11003-IT

**STIPULATED MOTION TO RESCHEDULE SCHEDULING CONFERENCE TO JANUARY 22, 2020 AT 2:30 PM AND [PROPOSED] ORDER**

Plaintiffs Marian Ryan et al. and Defendants U.S. Immigration and Customs Enforcement et al., by and through their undersigned counsel, jointly stipulate and agree to reschedule the scheduling conference currently set for January 6, 2020, at 3 p.m. to January 22, 2020, at 2:30 p.m. to accommodate Defendants' counsel's obligations in another case.

1

| | |
|---|---|
| Dated: December 13, 2019 | Respectfully submitted, |
| FOR THE PLAINTIFFS | FOR THE DEFENDANTS |
| */s/ David J. Zimmer*<br>David J. Zimmer (BBO# 692715)<br>   *Special Assistant Attorney General*<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000<br>DZimmer@goodwinlaw.com<br>*Attorney for Marian Ryan, Rachael Rollins, and Chelsea Collaborative, Inc.* | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br><br>EREZ REUVENI<br>Assistant Director<br><br>*/s/ Francesca Genova*<br>FRANCESCA GENOVA<br>Trial Attorney<br>U.S. Dep't of Justice, Civil Division<br>Office of Immigration Litigation<br>Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 305-1062<br>Francesca.M.Genova@usdoj.gov |
| */s/ Wendy S. Wayne*<br>Wendy S. Wayne (BBO# 555665)<br>Committee for Public Counsel Services<br>Immigration Impact Unit<br>21 McGrath Highway, Somerville, MA 02143<br>(617) 623-0591<br>wwayne@publiccounsel.net<br>*Attorney for the Committee for Public Counsel Services* | ANDREW E. LELLING<br>United States Attorney |
| */s/ Oren N. Nimni*<br>Oren N. Nimni (BBO# 691821)<br>Lawyers for Civil Rights<br>61 Batterymarch St., 5th Floor<br>Boston, MA 02110<br>(617) 482-1145<br>onimni@lawyersforcivilrights.org<br>*Attorney for Chelsea Collaborative, Inc.* | RAYFORD A. FARQUHAR<br>Assistant U.S. Attorney<br><br>*Attorney for Defendants* |

**SO ORDERED, this \_\_\_ day of _____, 2019**

                                          _____
                                          **Hon. Indira Talwani**
                                          **United States District Judge**

## **CERTIFICATE OF SERVICE**

      I, Francesca Genova, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on December 13, 2019.

      */s/ Francesca Genova*