UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIAN RYAN, in her official capacity as Middlesex County District Attorney; RACHAEL ROLLINS, in her official capacity as Suffolk County District Attorney; COMMITTEE FOR PUBLIC COUNSEL SERVICES; and the CHELSEA COLLABORATIVE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW T. ALBENCE, in his official capacity as Acting Deputy Director of U.S. Immigration and Customs Enforcement and Senior Official Performing the Duties of the Director; TODD M. LYONS, in his official capacity as Immigration and Customs Enforcement, Enforcement and Removal Operations, Acting Field Office Director; U.S. DEPARTMENT OF HOMELAND SECURITY; and CHAD WOLF, in his official capacity as Acting Secretary of United States Department of Homeland Security, <br><br> Defendants. | Civil Action No. 1:19-cv-11003-IT |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

In accordance with Defendants' representation in the Joint Statement regarding the scheduling conference [ECF 67], Defendants herewith file a copy of the Administrative Record of Directive 10072.1, Civil Immigration Enforcement Actions Inside Courthouses, which is at issue in this litigation. The Certification and Index of that Administrative Record are also attached to this notice.

Dated: January 17, 2020

ANDREW E. LELLING
United States Attorney

RAYFORD A. FARQUHAR
Assistant U.S. Attorney

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation

EREZ REUVENI
Assistant Director

*/s/ Francesca Genova*
FRANCESCA GENOVA
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-1062
Fax: (202) 305-7000
Email: Francesca.M.Genova@usdoj.gov

JULIAN KURZ
Trial Attorney

*Attorneys for Defendants*