UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIAN RYAN, in her official capacity as Middlesex County District Attorney; RACHAEL ROLLINS, in her official capacity as Suffolk County District Attorney; COMMITTEE FOR PUBLIC COUNSEL SERVICES; and the CHELSEA COLLABORATIVE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW T. ALBENCE, in his official capacity as Acting Deputy Director of U.S. Immigration and Customs Enforcement and Senior Official Performing the Duties of the Director; TODD M. LYONS, in his official capacity as Immigration and Customs Enforcement, Enforcement and Removal Operations, Acting Field Office Director; U.S. DEPARTMENT OF HOMELAND SECURITY; and CHAD WOLF, in his official capacity as Acting Secretary of United States Department of Homeland Security, <br><br> Defendants. | Civil Action No. 1:19-cv-11003-IT |

## INDEX TO ADMINISTRATIVE RECORD

| | **DOCUMENT** | **PAGE** |
|---|---|---|
| 1. | Department of Homeland Security, Implementation of Section 1367 Information Provisions, Directive 002-02 (Nov. 1, 2013) | AR 1-4 |
| 2. | Department of Homeland Security, Disclosure of Section 1367 Information to National Security Officials for National Security Purposes, Directive 215-01 (Nov. 6, 2013) | AR 5-7 |
| 3 | Department of Homeland Security, Department Reporting Requirements, Directive 034-06, Revision 1 (Oct. 23, 2015) | AR 8-10 |
| 4. | Department of Homeland Security, Department Reporting Requirements, Directive 034-06-001, Revision 1 (Mar. 28, 2017) | AR 11-38 |

|   |   |   |
|---|---|---|
| 5. | Department of Homeland Security Implementation of Section 1367 Information Provisions, Instruction 002-02-001 (Nov. 7, 2013) | AR 39-54 |
| 6. | Department of Homeland Security, Implementation of Section 1367 Information Provisions, Instruction 002-02-001 (Feb. 28, 2019) | AR 55-70 |
| 7. | Executive Order No. 13768, Enhancing Public Safety in the Interior of the United States (Jan. 25, 2017) | AR 71-75 |
| 8. | U.S. Immigration and Customs Enforcement, Enforcement Actions at or Near Courthouses (Mar. 19, 2014) | AR 76 |
| 9. | ICE Gangs Database: Data Entry And Use, Directive 10067.1 (Aug. 4, 2006) | AR 77-80 |
| 10. | U.S. Immigration and Customs Enforcement, Memorandum from John P. Torres, Director of Detention and Removal Operations, Interim Guidance Relating to Officer Procedure Following Enactment of VAWA 2005 (Jan. 22, 2007) | AR 81-85 |
| 11. | U.S. Immigration and Customs Enforcement, Memorandum from John P. Torres, Director of Detention and Removal Operations, and Marcy M. Forman, Director of the Office of Investigations, Interim Guidance Relating to Officer Procedure Following Enactment of VAWA 2005 (Jan. 22, 2007) | AR 86-90 |
| 12. | Department of Homeland Security, Memorandum from John Kelly, Secretary of Department of Homeland Security, Enforcement of the Immigration Laws to Serve the National Interest (Feb. 20, 2017) | AR 91-96 |
| 13. | Department of Homeland Security, Memorandum from John Kelly, Secretary of Department of Homeland Security, Implementing the President's Border Security and Immigration Enforcement Improvements Policies (Feb. 20, 2017) | AR 97-109 |
| 14. | U.S. Immigration and Customs Enforcement, Memorandum from John Morton, Director, Prosecutorial Discretion: Certain Victims, Witnesses, and Plaintiffs (June 17, 2011) | AR 110-112 |
| 15. | U.S. Immigration and Customs Enforcement, Memorandum from Julie L. Myers, Assistant Secretary, Prosecutorial and Custody Discretion (Nov. 7, 2007) | AR 113-126 |
| 16. | U.S. Immigration and Customs Enforcement, E-mail from Jon Gurule, Assistant Director for Field Operations, Reminder: Enforcement Actions at or Near Courthouses (Oct. 21, 2015) | AR-127 |
| 17. | Initiation of Removal Proceedings, 8 U.S.C. §1229(e) (Aug. 12, 2006) | AR 128-130 |
| 18. | Penalties for Disclosure of Information, 8 U.S.C. §1367(a)(2) (Mar. 7, 2013) | AR 131-133 |
| 19. | Letter from Jefferson B. Sessions, III, Attorney General, John F. Kelly, Secretary of Homeland Security, to Chief Justice Tani G. Cantil-Sakauye (Mar. 29, 2017) | AR-134-135 |
| 20. | Christina Carrega, *Defense Attorneys Protest Outside Brooklyn Courthouse After ICE Cuffs One Lawyer's Client*, New York Daily News (Nov. 28, 2017) | AR 136-143 |

| | | |
|---|---|---|
| 21. | Jennifer Bain and Emily Saul, *ICE Agents "Pounced" on Immigrant In Brooklyn Courthouse: Attorney*, New York Post (Nov. 28, 2017) | AR 144-145 |
| 22. | Noah Manskar, *Latest ICE Arrest In Brooklyn Courthouse Protested By NYC Lawyers*, Patch (Nov. 28, 2017) | AR 146-155 |
| 23. | Jason Green, *San Jose: Arrests Made In City's First Two Homicides Of 2017*, Mercury News (Nov. 7, 2017) | AR 156-158 |
| 24. | E-mail From J. Gingerich to Matthew Albence and Brian Hyer, Fwd: Letter from ICE, dated August 9, 2017 (with attachment: 8-2-17 ltr from Thomas Homan, Acting Dir. ICE.pdf) | AR 159-161 |
| 25. | E-mail from Lawrence Marks, Chief Administrative Judge of the New York State Unified Court System, to Matthew Albence, regarding ICE activity in courthouses—proposed language, dated Sept. 15, 2017 (with attachment: ICEPolicyFinal.docx) | AR 162-163 |
| 26. | Letter from Chief Justice Thomas A. Balmer to Attorney General Jeff Sessions and Secretary John F. Kelly, dated April 6, 2017 | AR 164-166 |
| 27. | E-mail chain from Matthew Albence to Lawrence Marks, RE: ICE activity in courthouses—proposed language, dated from Sept. 15, 2017 through Jan. 26, 2018. | AR 167-170 |