UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIAN RYAN, in her official capacity as Middlesex County District Attorney; RACHAEL ROLLINS, in her official capacity as Suffolk County District Attorney; COMMITTEE FOR PUBLIC COUNSEL SERVICES; and the CHELSEA COLLABORATIVE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW T. ALBENCE, in his official capacity as Acting Deputy Director of U.S. Immigration and Customs Enforcement and Senior Official Performing the Duties of the Director; TODD M. LYONS, in his official capacity as Immigration and Customs Enforcement, Enforcement and Removal Operations, Acting Field Office Director; U.S. DEPARTMENT OF HOMELAND SECURITY; and CHAD WOLF, in his official capacity as Acting Secretary of United States Department of Homeland Security,<br><br>Defendants. | Civil Action No. 1:19-cv-11003-IT |

**JOINT STIPULATION ON DISCOVERY OF**
**ELECTRONICALLY STORED INFORMATION**

The parties hereby agree to the following stipulation regarding the production of electronically stored information:

**PRODUCTION FORMAT OF ESI AND IMAGED HARD COPY DOCUMENTS**

Responsive ESI and imaged hard copy shall be produced in the format outlined below. All ESI, except for spreadsheets and presentation files (e.g. Excel, PowerPoint) shall be rendered to TIFF image format, and accompanied by an Opticon/Concordance® Image Cross Reference file.

1

All applicable metadata/database (see section 3 below) shall be extracted and provided in Concordance® load file format.

a. **Image File Format:** All documents shall be produced in black and white TIFF format unless the image requires color. An image requires color when color in the document adds emphasis to information in the document or is itself information that would not be readily apparent on the face of a black and white image.
b. When producing black and white paper documents scanned to images, or rendered ESI, they shall be produced as 300 dpi, 1 bit, single-page TIFF files, CCITT Group IV (2D Compression). When producing in *color,* paper documents scanned to images, or rendered ESI, they shall be produced as 300 dpi single-page JPG. Images should be uniquely and sequentially Bates numbered and unless otherwise specified, Bates numbers should be an endorsement on each image.

   i. All TIFF file names shall include the unique Bates number burned into the image. (See section 8, below, regarding Bates number instructions.)
   ii. All TIFF image files shall be stored with the ".tif" extension.
   iii. Text shall be extracted from ESI. Images without extractable text shall be translated using Optical Character Recognition (OCR) using standard commercial-off-the-shelf (COTS) products.
      a. All pages of a document or all pages of a collection of paper documents that comprise a folder or other logical grouping, including a box, shall be delivered on a single piece of media.
      b. No image folder shall contain more than 2,000 images.

c. **Opticon/Concordance® Image Cross Reference file:** Images should be accompanied by an Opticon load file that associates each Bates number with its corresponding single-page TIFF image file. The Cross Reference file should also contain the relative image file path for each Bates numbered page.
The Opticon/Concordance® Image Cross Reference file is a page level load file, ABC00000001,OLS,D:\DatabaseName\Images with each line representing one image.

Below is a sample:
   REL000000001,,.\IMAGES\001\REL000000001.TIF,Y,,,
   REL000000002,,.\IMAGES\001\REL000000002.TIF,,,,
   REL000000003,,.\IMAGES\001\REL000000003.TIF,,,,
   REL000000004,,.\IMAGES\001\REL000000004.TIF,Y,,,
   REL000000005,,.\IMAGES\001\REL000000005.TIF,,,,

The fields are, from left to right:
- Field One – (REL000000001) – the Bates Number. This value must be unique for each row in the OPT file. The first page of each document must match the BEGDOC# value of the respective document.
- Field Two – (blank) – the volume identifier. This field is not required.
- Field Three – (.\IMAGES\001\REL000000001.TIF) – The relative file path to the image to be loaded.

- Field Four – (Y) – the document marker. A "Y" indicates the start of a unique document.
- Field Five – (blank) – The folder indicator. This field is not required, and typically is not used.
- Field Six – (blank) – The box indicator. This field is not required, and typically is not used.
- Field Seven – (blank) – The page count. This field is not required.

d. **Concordance® Load File**: Images should also be accompanied by a flat, document-level load file to provide the metadata and native files containing delimited text that will populate fields in a searchable, flat database environment. The file encoding must be one of four types: Western European (Windows), Unicode (UTF16), Big-Endian Unicode or UTF8. The file should contain the required fields listed below in section 3.

- Text delimited load files are defined using the standard Concordance delimiters. For example:

    *Field Separator*      *¶ or Code 020*
    *Text Qualifier*       *þ or Code 254*
    *Newline*              *® or Code 174*
    *Multi-value*          *º or Code 167*
    *Nested values*        *\ or Code 092*

- This load file should contain the relative file path to the individual multi-page, document level text files.
- This load file should also contain the relative file path to all provided native files, such as Microsoft Excel or PowerPoint files.
- There should be one line for every record in a collection.
- The load file must contain a header listing the metadata/database fields contained within. For example, if the data file consists of a First Page of a Record (BegDoc#), Last Page of a Record (ending Bates / ENDDOC#), DOCDate, File Name, and a Title, then the structure may appear as follows:

    þBEGDOCþ¶þENDDOCþ¶þDOCDATEþ¶þFILENAMEþ¶þTITLEþ

e. **The extracted/OCR** text should be provided for each document as a separate single text file. The file name should match the BEGDOC# for that specific record and be accompanied by the .txt extension.

f. **Directory and folder structure**: The directory structure for productions should be:

    *\VolumeName\***LoadFiles**
    *\VolumeName\***Images** < For supporting images (can include subfolders as needed, should not include more than 2,000 files per folder)
    *\VolumeName\***Natives** <Native Files location (can include subfolders as needed, should not include more than 2,000 files per folder)

\*VolumeName*\\**Text** <Extracted Text files location (can include subfolders as needed, should not include more than 2,000 files per folder)

1. **Required Metadata/Database Fields**

A "✓" denotes that the indicated field should be present in the load file produced. "Other ESI" includes data types other than imaged hard copy materials (which should follow "Hard Copy" column) and email and email repositories (both of which should follow "Email" column). For example, "Other ESI" includes, but is not limited to, MS Office files (e.g. Excel, PowerPoint). With the exception of the custodian(s), Bates, family relationship, redaction, confidentiality and record type fields, the parties need not produce any metadata which cannot be populated automatically.

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| CUSTODIAN | Custodian/Source - format: Last, First or ABC Dept. | Text | 160 | ✓ | ✓ | ✓ |
| ALL CUSTODIANS | Custodian/Source – all custodians who had the document before de-duplication; format: Last, First or ABC Dept. | Text | Unlimited | | ✓ | ✓ |
| AUTHOR | Creator of the document | Text | 500 | | | ✓ |
| BEGDOC# | Start Bates (including prefix) - No spaces | Text | 60 | ✓ | ✓ | ✓ |
| ENDDOC# | End Bates (including prefix) - No spaces | Text | 60 | ✓ | ✓ | ✓ |
| PGCOUNT | Page Count | Number | 10 | ✓ | ✓ | ✓ |
| GROUPID | Contains the Group Identifier for the family, in order to group files with their attachments | Text | 60 | | ✓ | ✓ |
| PARENTID | Contains the BEGDOC# of an attachment's parent | Text | 60 | | ✓ | ✓ |
| ATTACHIDS | Child document list; Child Start Bates | Text – semicolon delimited | Unlimited | ✓ | ✓ | ✓ |
| ATTACHLIST | List of Attachment filenames | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| BEGATTACH | Start Bates number of parent | Text | 60 | ✓ | ✓ | ✓ |

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| ENDATTACH | End Bates number of last attachment | Text | 60 | ✓ | ✓ | ✓ |
| RECORD TYPE | Use the following choices: Image, Loose E-mail, E-mail, E-Doc, Attachment, Hard Copy or Other. If using Other, please specify what type after Other | Text | 60 | ✓ | ✓ | ✓ |
| FROM | Sender (i.e.: e-mail address, Last name, First name) | Text | 160 | | ✓ | ✓ |
| TO | Recipient (i.e.: e-mail address, Last name, First name) | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| CC | Carbon Copy Recipients (i.e.: e-mail address, Last name, First name) | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| BCC | Blind Carbon Copy Recipients (i.e.: e-mail address, Last name, First name) | Text – semicolon delimited | Unlimited | | ✓ | ✓ |
| SUBJECT | Subject line of email | Text | Unlimited | | ✓ | |
| CONVINDEX | E-mail system ID used to track replies, forwards, etc. | Text | Unlimited | | ✓ | |
| DOCDATE | Last Modified Date for files and Sent date for e-mail, this field inherits the date for attachments from their parent. Do not provide 00/00/0000. | Date | MM/DD/YYYY | | ✓ | ✓ |
| TEXT FILEPATH | Relative file path of the text file associated with either the extracted text or the OCR | Text | Unlimited | ✓ | ✓ | ✓ |

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| DATE TIME SENT | Date and time Sent (USE TIME ZONE OF COLLECTION LOCALITY) Numbers must be populated. If date is unknown, leave blank. Do not provide 00/00/0000 | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | |
| DATE TIME CRTD | Date Created (USE TIME ZONE OF COLLECTION LOCALITY) Numbers must be populated. If date is unknown, leave blank. Do not provide 00/00/0000 | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| DATE TIME MOD | Date Last Modified (USE TIME ZONE OF COLLECTION LOCALITY) Numbers must be populated. If date is unknown, leave blank. Do not provide 00/00/0000 | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | ✓ |
| DATE TIME RCVD | Date Received (USE TIME ZONE OF COLLECTION LOCALITY) Numbers must be populated. If date is unknown, leave blank. Do not provide 00/00/0000 | Date and Time | MM/DD/YYYY HH:MM:SS | | ✓ | |
| FILE SIZE | Native File Size in KBs | Decimal | 10 | | | ✓ |
| FILE NAME | File name - name of file as it appeared in its original location | Text | Unlimited | | | ✓ |
| FILE EXTENSION | Extension for the file (e.g. .doc, .pdf, .wpd) | Text | 10 | | ✓ | ✓ |
| NATIVE LINK | Relative file path location to the native file | Text | Unlimited | | ✓ | ✓ |

| Field name | Field Description | Field Type | Field Value | Hard Copy | E-mail | Other ESI |
|---|---|---|---|---|---|---|
| HASH VALUE | Identifying value of an electronic record that is used for deduplication during processing. MD5 or SHA1 hash algorithms may be used, but must be kept consistent throughout all productions and communicated to Government. | Text | Unlimited | | ✓ | ✓ |
| ATTACHMCOUNT | Number of attachments (any level child document) associated with a ParentID | Text | 10 | | ✓ | |
| FILE TYPE | Description that represents the file type to the Windows Operating System. E.g., Adobe Portable Document Format, Microsoft Word 97 – 2003, or Microsoft Office Word Open XML Format. | Text | 160 | | ✓ | ✓ |
| HAS HIDDEN CONTENT | Identifies whether the document has comments, track changes or other hidden content associated with it | Text | Yes/No | | ✓ | ✓ |
| HAS REDACTIONS | Identifies whether a record has been produced with redactions; should be populated with Y for records with redactions and N for records without redactions. | Text | Yes/No | ✓ | ✓ | ✓ |
| CONFIDENTIALITY | Identifies the confidentiality of the document pursuant to the confidentiality order entered in the case | Text | 160 | ✓ | ✓ | ✓ |

**2.    De-Duplication and De-NISTing**

    a. De-duplication of exact hash copies shall be performed globally – across all custodians at the family level. The custodian of each record shall be populated in the DupeCustodian field.

    b. All files found on the National Institute of Standards and Technology (NIST) list, commonly referred to as deNISTing, should be excluded from delivery to the Government. All available metadata from files withheld from delivery due to the deNISTing process will be available upon request.

**3.    Production of Imaged Hard Copy Records**

All imaged hard copy material shall reflect accurate document unitization including all attachments and container information (to be reflected in the PARENTID, ATTACHID, BEGATTACH, and ENDATTACH).

    a. Unitization in this context refers to identifying and marking the boundaries of documents within the collection, where a document is defined as the smallest physical fastened unit within a bundle. (e.g., staples, paperclips, rubber bands, folders, or tabs in a binder).

    b. The first document in the collection represents the parent document and all other documents will represent the children.

    c. All imaged hard copy documents shall be produced as 300 dpi single-page TIFF files, CCITT Group IV (2D Compression). All documents shall be produced in black and white TIFF format unless the image requires color. An image requires color when color in the document adds emphasis to information in the document or is itself information that would not be readily apparent on the face of a black and white image. Images identified as requiring color shall be produced as color 300 dpi single-page JPEG files.

**4.    Production of Spreadsheets and Presentation Files**

All spreadsheet and presentation files (e.g. Excel, PowerPoint) shall be produced in the unprocessed "as kept in the ordinary course of business" state (i.e., in native format), so long as they do not contain privileged information, with an associated placeholder image and endorsed with a unique Bates number. To the extent possible, the file produced should maintain the integrity of all source, custodian, application, embedded and related file system metadata. Metadata shall be extracted from the original native files and provided in the Concordance load file in accordance with Section 1 above.

**5.    Bates Number Convention**

All images should be assigned Bates numbers before production to the government. Each Bates number shall be a standard length, include leading zeros in the number, and be unique for each produced page. The numbers should be endorsed on the actual images at a location that does not obliterate, conceal, or interfere with any information from the source document. Native files should be assigned a single Bates number for the entire file which will represent the native document in the Opticon/ Concordance® Image Cross Reference file. The load/dat file will include a reference to the native file path and utilize the NATIVELINK metadata field). The Bates number shall not exceed 30 characters in length and shall include leading zeros in the numeric portion. The Bates number shall be a unique

number given sequentially (i.e. page one of document is PREFIX0000000001, page two of the same document is PREFIX0000000002) to each page (when assigned to an image) or to each document (when assigned to a native file). If the parties agree to a rolling production, the numbering convention shall remain consistent throughout the entire production. There shall be no spaces between the prefix and numeric value. If suffixes are required, please use "dot notation." Below is a sample of dot notation:

|          | *Document #1*          | *Document #2*          |
|----------|------------------------|------------------------|
| *Page #1* | PREFIX00000000001      | PREFIX00000000002      |
| *Page #2* | PREFIX00000000001.002  | PREFIX00000000002.002  |
| *Page #3* | PREFIX00000000001.003  | PREFIX00000000002.003  |

**6.     Media Formats for Storage and Delivery of Production Data**

Electronic documents and data shall be delivered on any of the following media:

a. CD-ROMs and/or DVD-R (+/-) formatted to ISO/IEC 13346 and Universal Disk Format 1.02 specifications; Blu-ray.
b. External hard drives (USB 3.0 or higher, formatted to NTFS format specifications) or flash drives.
c. Secure File Transfer Protocol (SFT or SFTP)
d. Storage media used to deliver ESI shall be appropriate to the size of the data in the production.
e. Media should be labeled with the case name, production date, Bates range, and producing party.

**7.     Virus Protection and Security for Delivery of Production Data**

Production data shall be free of computer viruses. Any files found to include a virus shall be quarantined by the producing party and noted in a log to be provided to the government. Password protected or encrypted files or media shall be provided with corresponding passwords and specific decryption instructions.

**8.     Transmittal Letter to Accompany Deliverables**

All deliverables should be accompanied by a transmittal letter including the production date, case name and number, producing party name, and Bates number range produced. Technical instructions on how to decrypt media should be included in the transmittal letter but the password should be transmitted separately.

**PROTECTIVE ORDER FOR CONFIDENTIAL INFORMATION**

The parties will meet and confer and will file a proposed Protective Order for Confidential Information separately.

9

**SO ORDERED.**

DATED: _____, 2020

                                                                    Hon. Indira Talwani
                                                                    United States District Judge

So Stipulated and agreed to by the Parties, February 20, 2020.

| | |
|---|---|
| Dated: February 20, 2020 | Respectfully submitted, |
| FOR THE PLAINTIFFS | FOR THE DEFENDANTS |
| <u>/s/ *Alicia Rubio-Spring*</u> | <u>/s/ *Francesca Geova*  (by permission)</u> |
| David J. Zimmer (BBO# 692715) | FRANCESCA GENOVA |
|    *Special Assistant Attorney General* | Trial Attorney |
| Daryl L. Wiesen (BBO# 634872) | U.S. Dept. of Justice, Civil Division |
| Alicia Rubio-Spring (BBO# 692640) | Office of Immigration Litigation |
| Katherine L. Dacey (*pro hac vice*) | Box 868, Ben Franklin Station |
| Katherine M. Fahey (BBO# 699003) | Washington, D.C. 20044 |
| Christopher J.C. Herbert (BBO# 703492) | (202) 305-1062 |
| GOODWIN PROCTER LLP | Francesca.M.Genova@usdoj.gov |
| 100 Northern Avenue | *Attorney for Defendants* |
| Boston, MA 02210 | |
| (617) 570-1000 | |
| DZimmer@goodwinlaw.com | |
| DWiesen@goodwinlaw.com | |
| ARubio-Spring@goodwinlaw.com | |
| KDacey@goodwinlaw.com | |
| KFahey@goodwinlaw.com | |
| CHerbert@goodwinlaw.com | |

*Attorneys for Plaintiffs Marian Ryan, in her official capacity as Middlesex County District Attorney, and Rachael Rollins, in her official capacity as Suffolk County District Attorney*

<u>/s/ *Wendy S. Wayne* (by permission)</u>
Wendy S. Wayne (BBO# 555665)
Committee for Public Counsel Services
Immigration Impact Unit
21 McGrath Highway, Somerville, MA 02143
(617) 623-0591
wwayne@publiccounsel.net

*Attorney for Plaintiff the Committee for Public Counsel Services*

/s/ *Oren N. Nimni* (by permission)
Oren N. Nimni (BBO# 691821)
Lawyers for Civil Rights
61 Batterymarch St., 5th Floor
Boston, MA 02110
(617) 482-1145
onimni@lawyersforcivilrights.org

David J. Zimmer (BBO# 692715)
Daryl L. Wiesen (BBO# 634872)
Alicia Rubio-Spring (BBO# 692640)
Katherine L. Dacey (*pro hac vice*)
Katherine M. Fahey (BBO# 699003)
Christopher J.C. Herbert (BBO# 703492)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
DZimmer@goodwinlaw.com
DWiesen@goodwinlaw.com
ARubio-Spring@goodwinlaw.com
KDacey@goodwinlaw.com
KFahey@goodwinlaw.com
CHerbert@goodwinlaw.com

*Attorneys for Plaintiff Chelsea Collaborative, Inc.*