# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIAN RYAN, in her official capacity as Middlesex County District Attorney; RACHAEL ROLLINS, in her official capacity as Suffolk County District Attorney; COMMITTEE FOR PUBLIC COUNSEL SERVICES; and the CHELSEA COLLABORATIVE, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, MATTHEW T. ALBENCE, in his official capacity as Acting Deputy Director of U.S. Immigration and Customs Enforcement and Senior Official Performing the Duties of the Director; TODD M. LYONS, in his official capacity as Immigration and Customs Enforcement, Enforcement and Removal Operations, Acting Field Office Director; U.S. DEPARTMENT OF HOMELAND SECURITY; and CHAD WOLF, in his official capacity as Acting Secretary of United States Department of Homeland Security,<br><br>        Defendants. | No. 1:19-cv-11003-IT |

## NOTICE OF APPEARANCE FOR *AMICI CURIAE*

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned, Nikolas Bowie, as counsel for *amici curiae* Professor Nikolas Bowie and the Harvard Immigration and Refugee Clinical Program.

        Respectfully submitted,

        *Amici Curiae* Professor Nikolas Bowie and the
        Harvard Immigration and Refugee Clinical Program

By:   */s/ Nikolas Bowie*

        NIKOLAS BOWIE (BBO # 690597)
        Harvard Law School
        1525 Massachusetts Avenue
        Cambridge, MA 02138
        (617) 496-0888
        nbowie@law.harvard.edu

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed using the Court's CM/ECF system on February 21, 2020. I certify that all participants are CM/ECF users and that service will be accomplished via CM/ECF system.

        /s/ *Nikolas Bowie*
        Nikolas Bowie
        *Counsel for Amici Curiae*