UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIAN RYAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CUSTOMS AND IMMIGRATION ENFORCEMENT, *et al.*, <br><br> Defendants. | CASE NO. 1:19-CV-11003-IT |

### JOINT STIPULATION AND [PROPOSED] ORDER
### TO EXTEND DISCOVERY

This stipulation is made by and between Plaintiffs Marian Ryan, Rachael Rollins, Committee for Public Counsel Services, and the Chelsea Collaborative, Inc. (collectively, "Plaintiffs") and Defendants U.S. Immigration and Customs Enforcement, Tony H. Pham, Todd M. Lyons, U.S. Department of Homeland Security, and Chad Wolf (collectively, "Defendants," and with Plaintiffs, the "Parties").

**WHEREAS,** on July 28, 2020, the Court ordered fact discovery in the above-captioned case to be completed by December 4, 2020 (Dkt. No. 96).

**WHEREAS** the Parties submit that good cause for an extension of this deadline exists because the Parties have cooperated and worked diligently to complete the discovery process but require additional time given the large volume of discovery in this case. Further, the Parties have continued to encounter difficulties in collecting and producing responsive materials and in taking depositions as a result of the global COVID-19 pandemic.

**WHEREAS** the Parties have each produced their first volume of discovery and are currently gathering, reviewing, and working towards producing extensive additional electronic and paper-based discovery.

1

**WHEREAS** the Parties seek a six-month extension of fact discovery to ensure all responsive information and documents can be produced and all relevant depositions can be completed. The Parties agree to work collaboratively and in good faith to complete discovery as quickly as reasonably possible and to assess any further extensions should any be necessary despite the Parties' best efforts.

**WHEREAS** counsel for the Parties have conferred and agree that such an extension will aid in the just resolution of the case.

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendants, and subject to Court approval, that the deadline to complete fact discovery shall be extended from December 4, 2020, to June 4, 2020.

**RESPECTFULLY SUBMITTED AND STIPULATED.**

**IT IS SO ORDERED.**

Dated: _Dec. 3, 2020_      _/s/ Indira Talwani_

Honorable Indira Talwani
United States District Judge

Stipulated to and respectfully submitted this 2nd day of December, 2020.

Respectfully submitted,

FOR THE PLAINTIFFS

/s/ *David J. Zimmer* (by permission)
David J. Zimmer (BBO# 692715)
*Special Assistant Attorney General*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
DZimmer@goodwinlaw.com
*Attorney for Marian Ryan and Rachael Rollins*

FOR THE DEFENDANTS

/s/ *Rayford A. Farquhar* (by permission)
RAYFORD A. FARQUHAR
BBO No. 560350
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Rayford.Farquhar@usdoj.gov

2