## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARIAN RYAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-CV-11003-IT |
| | ) | |
| U.S. CUSTOMS AND IMMIGRATION ENFORCEMENT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STIPULATION AND [PROPOSED] ORDER
## TO EXTEND CURERNT DEADLINES

This stipulation is made by and between Plaintiffs Marian Ryan, Rachael Rollins, Committee for Public Counsel Services, and the Chelsea Collaborative, Inc. (collectively, "Plaintiffs") and Defendants U.S. Immigration and Customs Enforcement, Tae Johnson, Todd M. Lyons, U.S. Department of Homeland Security, and Alejandro Mayorkas (collectively, "Defendants," and with Plaintiffs, the "Parties").

On April 27, 2021, the Acting Director of U.S. Immigration and Customs Enforcement and the Acting Commissioner of U.S. Customs and Border Protection issued a joint memorandum titled, "Civil Immigration Enforcement Actions in or near Courthouses." Mem. from Acting Director Johnson and Acting Commissioner Miller to U.S. Immigration and Customs Enforcement and U.S. Customs and Border Protection, Civil Immigration Enforcement Actions in or Near Courthouses (Apr. 27, 2021), https://www.ice.gov/sites/default/files/documents/ciEnforcementActionsCourthouses.pdf. That memorandum "provides interim guidance that governs … civil immigration enforcement actions in or near courthouses." *Id.* It "supersedes and revokes ICE Directive 11072.1, entitled 'Civil

1

Immigration Enforcement Inside Courthouses,' that was issued on January 30, 2018," *id.*, which is the focus of this lawsuit.

In light of this action, the parties request additional time to determine the effect of the new interim guidance on this case and how the parties wish to proceed in this litigation. In particular, it will be difficult for the parties to comprehensively evaluate the rescission and replacement of the prior Directive and its effect on the litigation in time to provide a complete status report by May 10.

For these reasons, the parties request that, in order to provide additional time for the parties to determine the effect of the revocation of ICE Directive 11072.1 and its replacement with the interim policy on this lawsuit, this Court continue the joint status report for 90 days, until August 9, 2021, and extend discovery by 90 days, to January 3, 2022. A continuance of the status report and an extension of discovery will conserve judicial and the parties' resources.

**RESPECTFULLY SUBMITTED AND STIPULATED.**


**IT IS SO ORDERED**.

Dated: _____        _____

                                      Honorable Indira Talwani
                                      United States District Judge


Stipulated to and respectfully submitted this 4th day of May, 2021.

Respectfully submitted,

FOR THE PLAINTIFFS

*/s/ David J. Zimmer* (by permission)
David J. Zimmer (BBO# 692715)
   *Special Assistant Attorney General*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
DZimmer@goodwinlaw.com
*Attorney for Marian Ryan and Rachael Rollins*


*/s/ Wendy S. Wayne* (by permission)
Wendy S. Wayne (BBO# 555665)
Committee for Public Counsel Services
Immigration Impact Unit
6 Pleasant Street, 6th floor, Malden, MA 02148
(781) 338-0825
wwayne@publiccounsel.net
*Attorney for the Committee for Public Counsel Services*


*/s/ Arielle Sharma* (by permission)
Arielle Sharma (BBO# 695980)
Lawyers for Civil Rights
61 Batterymarch St., 5th Floor
Boston, MA 02110
(774) 314-9639
asharma@lawyersforcivilrights.org
*Attorney for Chelsea Collaborative, Inc.*

FOR THE DEFENDANTS

*/s/ Rayford A. Farquhar* (by permission)
RAYFORD A. FARQUHAR
BBO No. 560350
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Rayford.Farquhar@usdoj.gov


*/s/ Francesca Genova*
FRANCESCA GENOVA
Trial Attorney
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-1062
Francesca.M.Genova@usdoj.gov


Attorneys for Defendants


## CERTIFICATE OF SERVICE

I, Francesca Genova, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on May 4, 2021.

*Francesca Genova*
FRANCESCA GENOVA
Trial Attorney
U.S. Department of Justice