UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| MARIAN RYAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-CV-11003-IT |
| | ) | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiffs' claims in this case all challenge U.S. Immigration and Customs Enforcement Directive No. 11072.1 entitled "Civil Immigration Enforcement Actions Inside Courthouses" ("Directive"), as well as Defendants' policy of conducting civil courthouse arrests pursuant to that Directive. On April 27, 2021, the Department of Homeland Security ("DHS") issued a Memorandum that "revoke[d]" the Directive and replaced it with "interim guidance" regarding civil courthouse arrests. *See* Mem. from Acting Director Johnson and Acting Commissioner Miller to U.S. Immigration and Customs Enforcement and U.S. Customs and Border Protection, Civil Immigration Enforcement Actions in or Near Courthouses (Apr. 27, 2021).[1] DHS's unilateral decision to revoke the Directive—and replace it with interim guidance, the application of which is still uncertain—moots Plaintiffs' claims.

For that reason, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Marian Ryan, Rachael Rollins, Committee for Public Counsel Services, and the Chelsea Collaborative, Inc., by and through undersigned counsel of record, hereby dismiss all claims in the above-captioned matter. The

---

[1] https://www.cbp.gov/sites/default/files/assets/documents/2021-Apr/Enforcement-Actions-in-Courthouses-04-26-21.pdf.

1

dismissal is without prejudice to any future challenges by Plaintiffs to Defendants' courthouse arrest policies.  *See* Fed. R. Civ. P. 41(a)(1)(B).

|  |  |
|---|---|
| Respectfully submitted, | Dated:  May 21, 2021 |

*/s/ David J. Zimmer*
David J. Zimmer (BBO# 692715)
 *Special Assistant Attorney General*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
DZimmer@goodwinlaw.com
*Attorney for Marian Ryan and Rachael Rollins*

*/s/ Wendy S. Wayne*
Wendy S. Wayne (BBO# 555665)
Committee for Public Counsel Services
Immigration Impact Unit
21 McGrath Highway, Somerville, MA 02143
(617) 623-0591
wwayne@publiccounsel.net
*Attorney for the Committee for Public Counsel Services*

*/s/ Arielle Sharma*
Arielle Sharma (BBO# 695980)
Lawyers for Civil Rights
61 Batterymarch St., 5th Floor
Boston, MA 02110
(774) 314-9639
asharma@lawyersforcivilrights.org
*Attorney for Chelsea Collaborative, Inc.*

**CERTIFICATE OF SERVICE**

I, David Zimmer, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on May 21, 2021.