# United States Court of Appeals
## For the First Circuit

No. 19-1838

MARIAN RYAN, in her official capacity as Middlesex County District Attorney; RACHAEL ROLLINS, in her official capacity as Suffolk County District Attorney; COMMITTEE FOR PUBLIC COUNSEL SERVICES; CHELSEA COLLABORATIVE, INC,

Plaintiffs - Appellees,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TAE D. JOHNSON, in his official capacity as Acting Deputy Director of U.S. Immigration and Customs Enforcement and Senior Official Performing the Duties of the Director; TODD M. LYONS, in his official capacity as Field Office Director of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of United States Department of Homeland Security,

Defendants - Appellants.

**MANDATE**

Entered: July 1, 2021

    In accordance with the judgment of September 1, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Sabrineh Ardalan
Hector H. Balderas
Alicia L. Bannon
Bradly Paul Bennion
Nikolas Bowie
Thomas J. Carey Jr.

Ralph L. Casale
Sarah Chapin Columbia
Howard M. Cooper
Amanda Rose Crawford
Maria T. Davis
Thomas J. Donovan Jr.
Keith Ellison
Rayford A. Farquhar
Robert W. Ferguson
Joel Anderson Fleming
Brian E. Frosh
Francesca Genova
Brianne J. Gorod
Gurbir S. Grewal
Martin W. Healy
Christopher J.C. Herbert
Mark R. Herring
Michael Meriwether Hethmon
Letitia James
Douglas Keith
Julian Kurz
Donald Campbell Lockhart
Lauren Godles Milgroom
Peter F. Neronha
Oren Nimni
Ashwin Phatak
Eve A. Piemonte
Karl A. Racine
Kwame Raoul
Norah Rast
Ellen F. Rosenblum
Alicia Rubio-Spring
Michael P. Sady
Ari Joseph Savitzky
Josh Shapiro
William M. Tong
Philip L. Torrey
Barbara D. Underwood
Wendy S. Wayne
Daryl L. Wiesen
Steven Chiajon Wu
Elizabeth B. Wydra
David Zimmer
Dayna Zolle